■ In the Matter of KRISTEN B., a Child Alleged to be Abused. MICHAEL B., Appellant; MONROE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent. (Appeal No. 2.) [612 NYS2d 1000] —Appeal unanimously dismissed without costs *(see, Matter of Kyung C.,* 169 AD2d 721). (Appeal from Order of Monroe County Family Court, Maas, J.—Child Abuse.) Present— Green, J. P., Pine, Lawton, Callahan and Boehm, JJ.